UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40114-FDS

| | |
|---|---|
| TIMOTHY L. LaFRENIER,<br><br>                Plaintiff<br><br>v.<br><br>MARY ANNE KINIREY, DANIEL MORRISON,<br>The CHIEF OF POLICE "John Doe" and the<br>TOWN OF TOWNSEND,<br><br>                Defendants | DEFENDANTS KINIREY,<br>MORRISON AND TOWN OF<br>TOWNSEND'S MOTION FOR<br>ENLARGEMENT OF TIME<br>(ASSENTED TO) |

Now come defendants Kinirey, Morrison, and Town of Townsend ("defendants") and hereby move, pursuant to Fed.R.Civ.P. 6(b)(1) that the time within which they must answer or otherwise respond to the Complaint be enlarged up to, and including, November 26, 2004.

As grounds therefor, defendants state that the requested enlargement is necessary in order to address issues of representation and to prepare a reasoned response to the Complaint.

No party shall be prejudiced by the allowance of the motion, and plaintiff through his counsel has assented to same.

ASSENTED TO:

| | |
|---|---|
| PLAINTIFF, | DEFENDANTS KINIREY, MORRISON AND<br>TOWN OF TOWNSEND, |
| By his attorneys, | By their attorney, |
| _____<br>Sean Gallagher (BBO# 551112)<br>Carol T. Vittorioso (BBO # 560046)<br>Vittorioso & Taylor<br>19 Water Street<br>Leominster, MA 01534<br>(978)-537-3500 | _____<br>Joseph L. Tehan, Jr. (BBO # 494020)<br>Kopelman and Paige, P.C.<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

234696/METG/0594

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 10/29/04
_____