UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-4011-FDS

TIMOTHY L. LaFRENIER,

    Plaintiff

v.

MARY ANNE KINIREY, DANIEL MORRISON, The CHIEF OF POLICE "John Doe" and the TOWN OF TOWNSEND,

    Defendants

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, defendants' counsel hereby certifies that he conferred with plaintiffs' counsel in regard to Defendants' Motion for Enlargement of Time on October 27, 2004. As a result of said conferral, plaintiff's counsel assented to said motion.

DEFENDANTS MARY ANN KINIREY, DANIEL MORRISON AND TOWN OF TOWNSEND,

By their attorney,

_____
Joseph L. Tehan, Jr. (BBO # 494020)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

235049/METG/0594

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 10/29/04