UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY L. LaFRENIER,<br><br>    Plaintiff<br><br>v.<br><br>MARY ANNE KINIREY, DANIEL MORRISON, The CHIEF OF POLICE "John Doe" and the TOWN OF TOWNSEND,<br><br>    Defendants | C.A. NO. 04-40114-FDS<br><br>33<br><br>DEFENDANT MARY ANNE KINIREY'S L.R. 16.1(D)(3) CERTIFICATE |

  Now comes defendant Mary Anne Kinirey and the undersigned counsel and hereby affirm that they have conferred:

  (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

  (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

           COUNSEL TO DEFENDANT
           MARY ANNE KINIREY,

_____    _____
Mary Anne Kinirey         Joseph L. Tehan, Jr. (BBO# 494020)
                Kopelman and Paige, P.C.
                31 St. James Avenue
                Boston, MA 02116
                (617) 556-0007

235058/METG/0594

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 11/30/04.
_____