UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY L. LaFRENIER,<br><br>　　　　　Plaintiff<br><br>v.<br><br>MARY ANNE KINIREY, DANIEL MORRISON,<br>The CHIEF OF POLICE "John Doe" and the<br>TOWN OF TOWNSEND,<br><br>　　　　　Defendants | C.A. NO. 04-40114-FDS<br><br>DEFENDANT DANIEL<br>MORRISON'S L.R. 16.1(D)(3)<br>CERTIFICATE |

Now comes defendant Daniel Morrison and the undersigned counsel and hereby affirm that they have conferred:

(a)　with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)　to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

　　　　　　　　　　　　　　　　　　　COUNSEL TO DEFENDANT
　　　　　　　　　　　　　　　　　　　DANIEL MORRISON,

_____　　　_____
DANIEL MORRISON　　　　　　　　　　Joseph L. Tehan, Jr. (BBO# 494020)
　　　　　　　　　　　　　　　　　　　Kopelman and Paige, P.C.
　　　　　　　　　　　　　　　　　　　31 St. James Avenue
　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　(617) 556-0007

235058/METG/0594

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 11/30/04