UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY L. LaFRENIER,<br><br>              Plaintiff<br><br>v.<br><br>MARY ANNE KINIREY, DANIEL MORRISON, The CHIEF OF POLICE "John Doe" and the TOWN OF TOWNSEND,<br><br>              Defendants | C.A. NO. 04-40114-FDS<br><br>DEFENDANT TOWN OF TOWNSEND'S L.R. 16.1(D)(3) CERTIFICATE |

      Now comes defendant Town of Townsend, through its authorized representative and the undersigned counsel and hereby affirm that they have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

*/s/ [signature]*
Town of Townsend

COUNSEL TO DEFENDANT
TOWN OF TOWNSEND,

*/s/ [signature]*
Joseph L. Tehan, Jr. (BBO# 494020)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

235057/METG/0594

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 11/30/04
*[signature]*