UNITED STATES DISTRICT COURT
DISTRICT COURT
C.A. NO. 04-40114-FDS

|  |  |  |
|---|---|---|
| TIMOTHY LaFRENIER, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Notice of Appearance |
| | ) | |
| Town of Townsend, et al | ) | |
| Defendants | ) | |

Please enter my appearance on behalf of the above named plaintiff, Timothy LaFrenier. L.R. 83.5.2

Respectfully Submitted,

Sean J. Gallagher
Attorney at Law
74 Elm Street
Worcester, MA 01609
Tel. no. (508) 767-0500
B.B.O. no. 551112

Date: March 3, 2005