UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40114-FDS

TIMOTHY L. LaFRENIER,

    Plaintiff

v.

MARY ANNE KINIREY, DANIEL MORRISON, The CHIEF OF POLICE "John Doe" and the TOWN OF TOWNSEND,

    Defendants

PROPOSED DEFENDANT WILLIAM E. MAY'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

Now comes the proposed defendant, William E. May ("May"), and hereby opposes plaintiff's Motion to Amend Complaint to add him as a defendant in this matter. As grounds therefor, May states that plaintiff's motion does not comply with the requirements for amending a pleading to add a party, as set forth in Local Rule 15.1. Specifically, plaintiff proposes to add May as a defendant long after the time plaintiff could reasonably have been expected to become aware of May's identity. See Local Rule 15.1(A). Further, plaintiff failed to serve the Motion to Amend upon May at least 10 days in advance of filing said motion. See Local Rule 15.1(B).

As further grounds therefor, May relies on the within Memorandum of Reasons.

## MEMORANDUM OF REASONS

1. This action arises out of plaintiff's arrest by officers of the Townsend Police Department on June 15, 2002.

2. At the time of plaintiff's arrest, May was the Townsend Chief of Police.

3. On June 14, 2004, plaintiff filed the Original Complaint in this action, asserting claims against Townsend police officers Mary Ann Kinirey and Daniel Morrison, the Town of Townsend, and "the Chief of Police, John Doe."

4. Plaintiff could have easily obtained the identity of the Townsend Chief of Police prior to filing the Original Complaint, by calling the Townsend Police Department or the Townsend Town Hall, and inquiring as to the identity of the Town's Chief of Police in June, 2002.

5. Moreover, an article about the plaintiff's lawsuit, which appeared on the front page of the October 14, 2004 edition of a local newspaper identifies May as the Chief of Police at the time of plaintiff's arrest. Exhibit A.

6. However, plaintiff did not seek to add May as a defendant in this action until March 21, 2005. May submits that, given the ease with which plaintiff could have identified him as the Townsend Chief of Police at the time of plaintiff's arrest, the Motion to Amend violates Local Rule 15.1(A), requiring that "[a]mendments adding parties shall be sought as soon as an attorney reasonably can be expected to have become aware of the identity of the proposed new party."

7. Moreover, plaintiff did not serve the Motion to Amend upon May prior to filing said motion, in violation of Local 15.1(B), providing that a motion to amend to add a new party shall be served upon the proposed new party at least 10 days in advance of filing.[1]

8. Therefore, May submits that the Motion to Amend Complaint to add him as a defendant should be denied for failure to comply with the rules of this Court.

---

[1] Defendants note that the Scheduling Order issued by this Court sets forth April 30, 2005 as the deadline for amending pleadings; however, the docket in this matter sets forth March 21, 2005 as the deadline for amending pleadings. Exhibit B. If the latter date is operative, plaintiff would be unable to comply with the Scheduling Order if he were to re-serve and re-file the Motion to Amend in accordance with Local Rule 15.1(B).

WHEREFORE, the proposed defendant, William E. May, requests that this Honorable Court deny plaintiff's Motion to Amend Complaint.

> PROPOSED DEFENDANT
>
> WILLIAM E. MAY,
>
> By his attorney,
>
> /s/Joseph L. Tehan, Jr.
> Joseph L. Tehan, Jr. (BBO # 494020)
> Gregg J. Corbo (BBO# 641459)
> Kopelman and Paige, P.C.
> 31 St. James Avenue
> Boston, MA 02116
> (617) 556-0007

247016/METG/0594

## Man claims police abuse in lawsuit

**By Matt O'Brien**
mobrien@sentinelandenterprise.com

TOWNSEND — A Fitchburg man has filed suit against the town, saying Townsend police arrested him, beat him up, and charged him with drunk-driving because someone thought he looked ill.

Timothy L. LaFrenier of Fitchburg was driving along Route 13 from his workplace in Nashua, N.H., to a doctor's appointment when police pulled him over in June 2001, according to the suit he filed in U.S. District Court in Worcester.

Please see **LAWSUIT** / A5

---

(director of the Spanish American Center. "I have known Rafael for many

Please see **RESIDENT** / A5

---

Aubuchon Hardware president Marcus Moran Jr architect Alan Joslin on Wednesday.

## Riverfront Pa[rk]

**By Evan Lehmann**
elehmann@sentinelandenterprise.com

FITCHBURG — Calling Riverfront Park "a beautiful reality," Fred Healey and other members of the Riverfront Park Foundation unveiled the second phase of an ambitious three-year drive to raise $1.5 million for the park's continuing evolution.

"This campaign is a journey through stages that we're only on our first leg of," Healey, chairman of the foundation's capital campaign, told a crowd numbering about 50 people at the Fay Club on Main Street, Wednesday morning.

Healey is president/CEO of Worker's Credit Union in Fitchburg.

The non-profit foundation aims to offset the public pricetag of the 1.6-acre central park, which is expected to cost a total of $3.5 million.

---

As part [of] year wil[l]

"We ar[e] image Fitchb[urg] man[y] cities by [...]

Marcus M[oran] president, [...]

Saying roads" of [...] Jr. descri[bed] symbol o[f] forge its [...] ming wit[h]

---



**Sentinel & Enterprise Candidate Debates**

**State Rep**
- State Rep. James Eldridge, T.J. Dyer face off at 6 p.m. Oct. 18 at Lunenburg High School

**State Senate**
- State Sen. Robert Antonioni, David Shnaider, Richard Zitola face off at 6:30 p.m. Oct. 26 at Fitchburg State College, Percival Ha[ll]

---

## Bush, Kerry trade

### President says challenger's health care an "empty promise" that will cost $5 tril[lion]

**By Mary Dalrymple**
The Associated Press

TEMPE, Ariz. — Sen. John Kerry said Wednesday that 5 million people have lost their health care in the last four years and accused President Bush of "turning his back on the wellness of America." The Republican incumbent responded that his rival's plan to expand coverage was an "empty promise" that would cost taxpayers $5 trillion.

"It's called bait-and-switch," Bush said of [the] proposal to offer cove[rage to] millions of Americans [who] lack it.

The exchange came moments into the fin[al] debate of a race for t[he] House that has grow[n] ly closer in recent da[ys] and the last time Bu[sh and] his rival will face off [before] Election Day on Nov. [...]

Kerry and the pres[ident] also clashed over job[s] and the war in Iraq

Please see **DEBATE** /

---



Switch to Enter[prise]
Fitchburg: 978-[...]

EXHIBIT A

SENTINEL & ENTERPRISE

**FROM PAGE ONE**

★ THURSDAY, OCTOBER 14

# Athol man killed in Tuesday's four-vehicle crash was former Leominster resid

**RESIDENT** / From Page A1

ter, where he later died.

Latimer said Garcia was a hard worker, and he was employed at Sportsmen's Plastic in Leominster for several years.

Garcia, 49, originally from Puerto Rico, lived with his grandmother in Athol.

"He had no children, but he was part of a big family," she said. "Garcia will be very missed."

Garcia was also married. Gardner police and state police are still investigating the cause of the accident, which injured 11 other people.

"At this point, everything is still up in the air," said Gardner Police officer Roger Cormier. "In terms of speed, that's being investigated by the State Police reconstruction team."

Miguel Toledo, who was a passenger in the station wagon, continues to fight for his life at UMass.

Toledo, 54, was also Life-Flighted to UMass on Tuesday, and he was downgraded to serious condition on Wednesday.

Latimer said she and others at the agency know Toledo and his family.

"He's a good man," she said. "We are praying."

After the initial collision, the truck veered into a westbound MART bus.

The truck spilled more than 8000 gallons of sand onto Route 2A and about 30 gallons of diesel fuel.

W.J. Graves Construction, owns the truck, hired a private

The tractor trailer flipped onto its left side, spilling its load of sand and gravel onto the road in front of the Gardrummental Protection.

"Once they uprighted the truck, they pumped out the tanks to prevent further spillage," Coletta said.

Police say the truck was traveling east on Route 2A when it collided with a black Chevrolet Celebrity station wagon that entered the intersection from Maoca Drive.

The fact that there was so much sand there, it may have protected the basins," he said. "It was all contained on the pavement and the sand."

The station wagon broke through a fence and hit a parked van occupied by two inmates, who were participating in community service cleanup with several others

company to clean up the spill, said Ed Coletta, spokesman for the state Department of Environmental Protection.

Garcia and Toledo were not wearing seat belts at the time of the crash, Cormier said.

Norberto J. Torres, 34, of Gardner, was also riding in the station wagon with his two children, a 9-year-old boy and 10-year-old girl, Cormier said. Torres and his daughter were both in stable condition at Heywood Hospital on Wednesday. The 9-year-old boy was released from the hospital.

Four elderly Gardner residents were passengers on the MART bus at the time of the accident, including Emilia Gallant, 89, Frank Corepinski, 85,

through the Highway Department.

Shaun Tiago, 23, who is currently serving time at the correctional facility in Gardner, was the only inmate injured.

Constance Fournier, 8 Greta Kemp, 73.

Corepinski was in fa tion at Heywood Hospi Kemp was in stable con

Gallant and Kemp w treated and released.

Bus driver Jean Cor also recovering from a his left leg Wednesday, Philip Rocca, general n of MART.

Jamie Breault, 40, of was driving the W.J. G. Construction truck

James Fletcher, man W.J. Graves Constructi not return phone calls o day or on Wednesday.

Cormier confirmed M. and the Occupational S Health Administration ducting investigations i tion to police.

# In lawsuit, man claims police assaulted him, charged him with drunken driving because someone thought he wa

**LAWSUIT** / From Page A1

A fellow motorist spotted LaPremier driving just north of May, and the town itself.

The suit asks for compensatory and punitive damages, but does not specify an amount.

Town Administrator Greg Barnes said the town received the lawsuit Tuesday.

He said he would refer the suit to the town's insurer and lawyer. No one has made a formal

Daniel Morrison, as well as the police chief at the time, William

The suit follows a complaint LaPremier lodged against the town in Oct. 2002. The town responded to that complaint by saying the police department and police officers acted properly in the incident, according to the suit.

The suit states "Kimrey and Morrison did not small alcohol on the breath of the plaintiff or

response to the complaint in federal court.

him to police because he "did not look well," wrote Carol T. Fittorioso of Leominster, the man's lawyer.

LaPremier has sued the two police officers who responded to his report, Mary Ann Kimrey,

about the plaintiff. There was no alcohol in the plaintiff's car.

... (He) had consumed no alcohol on the day of his arrest."

"His reading on (a breathalizer) test was 0.00 and 0.00."

Vitorioso writes that a blood test found no drug use, though it did "reveal a while blood count indicative of a viral infection."

The suit states the police

officers "battered and bruised" LaPremier, injuring him in the jaw and wrist.

Police charged him with operating under the influence of alcohol, two counts of assault and battery on police officers, being a disorderly person, and resisting arrest, but he was acquitted of all charges after a March 2002 trial in Ayer District Court.

The suit states that th day, Kimrey applied to th istry of Motor Vehicles t LaPremier's driver's lic suspended. The RMV di suspend his license.

The suit states police ma arrest without probable ca used excessive force, denie medical treatment at the s and lodged charges against they knew to be false.

madei - Docket Report

Page 1 of 2

# United States District Court
## District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:04-cv-40114-FDS

LaFrenier v. Kinirey et al
Assigned to: Judge F. Dennis Saylor, IV
Cause: 42:1983 Civil Rights Act

Date Filed: 06/14/2004
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 404347, filed by Timothy L. LaFrenier.(Shattuck, Deborah) (Entered: 06/14/2004) |
| 06/14/2004 | | Summons, LR 4.1, Waiver, MCF Issued as to Mary Anne Kinirey, William E. May, Daniel Morrison, Townsend, Town of. (Shattuck, Deborah) (Entered: 06/14/2004) |
| 06/18/2004 | 2 | Notice of Reassignment. Case reassigned from Judge Gorton to Judge F. Dennis Saylor, IV upon appointment to the bench. Notice sent to counsel. (Shattuck, Deborah) (Entered: 06/21/2004) |
| 10/29/2004 | 3 | ASSENTED TO MOTION for Extension of Time to November 26, 2004 to File Answer re 1 Complaint by Mary Anne Kinirey, Daniel Morrison, Townsend, Town of, c/s.(Hassett, Kathy) (Entered: 10/29/2004) |
| 10/29/2004 | 4 | CERTIFICATE OF CONSULTATION by Joseph L. Tehan Jr. on behalf of Mary Anne Kinirey, Daniel Morrison, Townsend, Town of, c/s. (Hassett, Kathy) (Entered: 10/29/2004) |
| 10/29/2004 | | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 3 Motion for Extension of Time to Answer for Mary Anne Kinirey, Daniel Morrison, and Townsend, Town of. (cc/cl) (Castles, Martin) (Entered: 10/29/2004) |
| 12/01/2004 | 5 | ANSWER to Complaint with Jury Demand by Mary Anne Kinirey, Daniel Morrison, Townsend, Town of, c/s.(Hassett, Kathy) (Entered: 12/01/2004) |
| 12/01/2004 | 6 | CERTIFICATION pursuant to Local Rule 16.1 by Mary Anne Kinirey, c/s.(Hassett, Kathy) (Entered: 12/01/2004) |
| 12/01/2004 | 7 | CERTIFICATION pursuant to Local Rule 16.1 by Daniel Morrison, c/s. (Hassett, Kathy) (Entered: 12/01/2004) |
| 12/01/2004 | 8 | CERTIFICATION pursuant to Local Rule 16.1 by Townsend, Town of, c/s.(Hassett, Kathy) (Entered: 12/01/2004) |
| 01/28/2005 | 9 | NOTICE of Scheduling Conference Scheduling Conference set for 2/25/2005 11:00 AM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 01/28/2005) |

https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?100249052836121-L_280_0-1    EXHIBIT B

| 02/08/2005 |    | NOTICE OF RESCHEDULING: Reset Hearings: Scheduling Conference reset for 3/7/2005 11:00AM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 02/08/2005) |
| --- | --- | --- |
| 02/28/2005 | 10 | JOINT STATEMENT of counsel *re: Scheduling - Local Rule 16.1(D)*. (Corbo, Gregg) Additional attachment(s) added on 3/3/2005 (Hassett, Kathy). (Entered: 02/28/2005) |
| 03/04/2005 | 11 | NOTICE of Appearance by Sean J. Gallagher on behalf of Timothy L. LaFrenier (Hassett, Kathy) (Entered: 03/04/2005) |
| 03/07/2005 |    | Electronic Clerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Scheduling Conference held on 3/7/2005. Case called, Counsel (Gallagher/Tehan) appear for scheduling order, Scheduling order to issue (Court Reporter Kusa-Ryll.) (Castles, Martin) (Entered: 03/07/2005) |
| 03/08/2005 | 12 | Judge F. Dennis Saylor IV: Electronic ORDER entered. SCHEDULING ORDER: Final Pretrial Conference set for 3/27/2006 03:00 PM in Courtroom 2 before Judge F. Dennis Saylor IV. Status Conference set for 10/20/2005 03:15 PM in Courtroom 2 before Judge F. Dennis Saylor IV. Amended Pleadings due by 3/21/2005. Discovery due by 10/14/2005. Joinder of Parties due by 3/21/2005. Motions due by 2/3/2006.(Castles, Martin) (Entered: 03/08/2005) |
| 03/21/2005 | 13 | MOTION to Amend 1 Complaint by Timothy L. LaFrenier, c/s. (Attachments: # 1 Amended Complaint)(Hassett, Kathy) (Entered: 03/21/2005) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 04/03/2005 12:34:12 | | | |
| PACER Login: | kp0169 | Client Code: | 60700-0594 |
| Description: | Docket Report | Search Criteria: | 4:04-cv-40114-FDS |
| Billable Pages: | 2 | Cost: | 0.16 |