UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TIMOTHY L. LaFRENIER, )<br>)<br>Plaintiff, )<br>) Civil No.<br>v. ) 04-40114-FDS<br>)<br>MARY ANNE KINIREY, et al., )<br>)<br>Defendants. )<br>) | |

### ORDER

**SAYLOR, J.**

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and by agreement of the parties, the claim against defendant William E. May is dismissed without prejudice.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: October 20, 2005