UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40114-FDS

TIMOTHY L. LaFRENIER,

          Plaintiff

v.

MARY ANNE KINIREY, DANIEL MORRISON,
The CHIEF OF POLICE "John Doe" and the
TOWN OF TOWNSEND,

          Defendants

CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.1(A)(2)

     Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, the undersigned hereby certifies that she conferred with plaintiff's counsel regarding the Defendants' Motion for Summary Judgment by telephone on January 26, 2006. The parties were unable to resolve or narrow the issues set forth in therein.

                                       /s/Jackie Cowin
                                       Jackie Cowin (BBO# 655880)
                                       Kopelman and Paige, P.C.
                                       31 St. James Avenue
                                       Boston, MA 02116
                                       (617) 556-0007

272034/METG/0594