UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 FEB -9 P 1:15

C.A. NO. 04-40114-FDS

U.S. DISTRICT
DISTRICT

| | |
|---|---|
| TIMOTHY L. LaFRENIER, <br>     Plaintiff | ) <br> ) <br> ) |
| v. | ) <br> ) |
| MARY ANNE KINIREY, DANIEL MORRISON, and the TOWN OF TOWNSEND, <br>     Defendants | ) <br> ) <br> ) <br> ) |

<u>1</u>

PLAINTIFF'S MOTION TO ENLARGE THE TIME FOR THE FILING OF HIS OPPOSITION
TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Now comes the plaintiff in the above captioned and moves for an enlargement time for the filing of his opposition to the defendants' motion for summary judgment. In support of the instant motion the plaintiff states:

1. The plaintiff's opposition is due Friday, February 10, 2006. The plaintiff is requesting an extension of the three (3) business days to Wednesday, February 15.

2. The defendants' through counsel assent to this motion.

3. The opposition is largely done.

4. In the last two weeks, plaintiff's counsel has had matters in East Brookfield District Court, <u>Commonwealth v. Cranston</u>, <u>Commonwealth v. Bullard</u> and <u>Commonwealth v. Bortle</u>, and in

1

IN HANDS

Worcester Superior Court, <u>Commonwealth v. Vega</u>. Counsel also has worked on some civil matters.

                                        Respectfully submitted
                                        On behalf the plaintiff
                                        By his counsel

                                        /s/ Sean J. Gallagher
                                        Sean J. Gallagher, Esq.
                                        74 Elm Street
                                        Worcester MA 10609
                                        Tel. no. 508 767-0500
                                        B.B.O. no. 551112
                                        Date: February 9, 2006