UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40114-FDS

| | |
|---|---|
| TIMOTHY L. LaFRENIER, <br>                    Plaintiff <br> v. <br> MARY ANNE KINIREY, DANIEL MORRISON, and the TOWN OF TOWNSEND, <br>                    Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO ENLARGE THE TIME FOR THE FILING OF HIS OPPOSITION TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff's counsel on his oath states:

1. The facts in the motion for the enlargement of time are true.

Signed under the pains and penalties of perjury.

*Sean J. Gallagher, Esq.*

Certificate of Service

I, Sean J. Gallagher, Esq., certify that on February 9, 2006, I mailed, first class postage prepaid, a copy of the instant motion and affidavit to counsel for the defendants, Joseph Tehan, Kopelman and Paige, 31 St. James Avenue, Boston MA 02116-4102

*Sean J. Gallagher, Esq.*