UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN CLERK'S OFFICE

C.A. NO. 04-40114-FDS

2006 FEB 15  P 4: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

TIMOTHY L. LaFRENIER,                     )
                          Plaintiff       )
                                          )
v                                         )
                                          )
MARY ANNE KINIREY, DANIEL                 )
MORRISON, The CHIEF OF POLICE             )
"John Doe" and the TOWN OF                )
TOWNSEND,                                 )
                          Defendants      )

---

## PLAINTIFF'S L.R. 56.1 OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff submits that the Defendants' motion ought to be denied.

To that end, the plaintiff presents a statement of material facts, L.R. 56.1,  accompanied by exhibits and a memorandum of law.

Plaintiff
Timothy L. LaFrenier
By his attorney

Respectfully submitted

/s/ Sean J. Gallagher

Sean J. Gallagher, Esq.
74 Elm Street
Worcester MA 01609
Tel. no. 508 767-0500
B.B.O. no. 551112
Date: February 15, 2006