UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Timothy L. LaFrenier,
               Plaintiff,

       v.                                    CIVIL ACTION NO. 04-40114-FDS

Mary Anne Kinirey, Daniel
Morrison, and the Town of Townsend,
               Defendants,

## JUDGMENT IN A CIVIL CASE

SAYLOR, D.J.

    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**.  This action came before the Court for summary judgment.  The issues have been argued and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED: in accordance with the Courts Memorandum and Order entered on 3/20/07, that judgment be entered in favor of the defendants.**

                                                         SARA THORNTON, CLERK

Dated:  3/21/07                          /s/ Martin Castles
                                          ( By )  Deputy Clerk