United States District Court

District of Massachusetts

Case Number 4:04-cv-40114

LaFrenier  )
           )
           )
v.         )
           )
           )
Kinirey et al )

## NOTICE OF APPEAL

Now comes the Plaintiff in the above captioned case and hereby files notice of appeal from the order of the District Court, Saylor, J., granting the defendants' motion for summary judgment. F. Rule App. P. The appeal is to the United States Court of Appeals for the First Circuit.

/s/ Sean J. Gallagher
───────────────────────
Sean J. Gallagher
Attorney at Law
74 Elm Street
Worcester MA 01609
Tel. No. 508 767-0500
B.B.O. 551112
Date: April 20, 2007