UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04cv40114

Timothy L. LaFrenier

v.

Mary Anne Kinirey

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-28

and contained in Volume(s) 1 are copies of the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/20/07.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 4/23/07.

Sarah A Thornton, Clerk of Court

By: /s/ Kathy Hassett
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/24/7 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1644

RETURN TO: US DISTRICT COURT
595 MAIN STREET, SUITE 502
WORCESTER, MA 01608

O:\Forms\Local\ClerksCertificate-COA.frm- 3/06